UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LARRY WASHINGTON, ET AL** | **CASE NO.  2:23-CV-01105** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CORNERSTONE BUILDING BRANDS INC., ET AL** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## JUDGMENT

Before the court is a REPORT AND RECOMMENDATION [Doc. 38] of the Magistrate Judge, recommending that this matter be remanded.

The REPORT AND RECOMMENDATION of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

**IT IS ORDERED** that this matter be **REMANDED** to the 14th Judicial District Court, Calcasieu Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers on this 7th day of January, 2026.

_____
**DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**